UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

LEVERT K. GRIFFIN,                         )        CASE NO. 5:05 CV 2543
                                           )
                Petitioner,                )        JUDGE KATHLEEN M. O'MALLEY
                                           )
        v.                                 )
                                           )        ORDER OF TRANSFER
CHRISTINE MONEY,                           )
                                           )
                Respondent.                )

        On October 31, 2005, petitioner Levert K. Griffin filed this action for habeas corpus

under 28 U.S.C. § 2254.  An amended petition was filed on November 16, 2005.  For the reasons

stated below, this action must be transferred to the United States Court of Appeals for the Sixth

Circuit.

        A second or successive petition under section 2254 may not be filed without leave

from the appropriate court of appeals.  28 U.S.C. § 2244(b)(3).  The court takes judicial notice of

the fact that this is at least the second petition filed by Griffin in this court challenging his 2002

convictions for sale and possession of marijuana.  A previous petition was dismissed on September

30, 2005 on the ground that it did not set forth intelligible grounds for relief.  See Griffin v. Money,

N.D. Ohio Case No. 5:05 CV 1982.

Accordingly, pursuant to <u>In re Sims</u>, 111 F.3d 45 (6th

Cir. 1997), this action is hereby transferred to the United States Court of Appeals for the Sixth

Circuit.

IT IS SO ORDERED.

<u>s/ Kathleen M. O'Malley</u>
KATHLEEN M. O'MALLEY
UNITED STATES DISTRICT JUDGE

DATED:  December 13, 2005